# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2026-0804
LT Case No. 27-2022-CF-612-A

———————————————————

MAURILLO GARCIA-TORRES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Maurillo Garcia-Torres, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach,
for Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____